# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155811(55)

SONG YU and SANG CHUNG,
       Plaintiffs-Appellees,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
       Defendant-Appellant.
_____/

SC: 155811
COA: 331570
Ingham CC: 14-001421-CK

      On order of the Chief Justice, the motion of the Insurance Alliance of Michigan to file a late brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before June 19, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2018



Clerk